**SEALED**   FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS   2017 SEP 20  PM 3:28
SAN ANTONIO DIVISION

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>**SCOTT COALWELL,**<br>*Defendant.* | § CAUSE NO.:<br>§ **SA17CR0746-DAE**<br>§ **INDICTMENT**<br>§<br>§ [Violations:<br>§ Counts One - Five:  Mailing Threatening<br>§ Communication; 18 U.S.C. §876(c)]<br>§ |

THE GRAND JURY CHARGES:

### COUNT ONE
[18 U.S.C.§ 876(c)]

In or about April 2017, in the Western District of Texas, the defendant,

SCOTT COALWELL,

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication addressed to D.O., 510 N. Valley Mills Dr., Suite 302, Waco, Texas, and containing a threat to injure D.O., in violation of Title 18, United States Code, Section 876(c).

### COUNT TWO
[18 U.S.C.§ 876(c)]

On or about May 22, 2017, in the Western District of Texas, the defendant,

SCOTT COALWELL,

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication addressed to McLennon County CSCD, P.O.

Box 1250, Waco, Texas, and containing a threat to injure T.H., in violation of Title 18, United States Code, Section 876(c).

## COUNT THREE
[18 U.S.C.§ 876(c)]

On or about May 1, 2017, in the Western District of Texas, the defendant,

SCOTT COALWELL,

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication addressed to United States District Court, Western District of Texas, San Antonio Division, 655 East Cesar E. Chavez Blvd., Suite G-65, San Antonio, Texas, and containing a threat to injure the United States District Court, Western District of Texas Court Clerk, who is an official covered by Title 18, United States Code, Section 1114, in violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR
[18 U.S.C.§ 876(c)]

On or about July 24, 2017, in the Western District of Texas, the defendant,

SCOTT COALWELL,

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication addressed to R.S., 501 Washington Ave., Rm. 303, Waco, Texas, and containing a threat to injure R.S., in violation of Title 18, United States Code, Section 876(c).

## COUNT FIVE
[18 U.S.C.§ 876(c)]

On or about July 24, 2017, in the Western District of Texas, the defendant,

SCOTT COALWELL,

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication addressed to A.P., 310 S. St. Mary's St., Ste. 2400, San Antonio, Texas, and containing a threat to injure A.P., in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL.



GRAND JURY FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
BETTINA J. RICHARDSON
Assistant United States Attorney